UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMCO INSURANCE COMPANY,

                Plaintiff,

v.

                                     Case No: 16-10855
                                     Honorable Linda V. Parker

BARI J. MACNEILL D/B/A MACNEILL
CONTRACTING AND PENNY RISTEAU,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF JASON ROBERT RISTEAU,
DECEASED,

                Defendants.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On March 9, 2016, Plaintiff filed this lawsuit against Defendants seeking a

declaration that Plaintiff has no duty to provide coverage or a defense to Defendant

Bari MacNeill, d/b/a MacNeill Contracting ("MacNeill"), for the claims brought

against him in an underlying state court action. Plaintiff served MacNeill with a

Summons and copy of the Complaint on April 26, 2016. (ECF No. 10.) When

MacNeill failed to timely respond to the Complaint, Plaintiff obtained a Clerk's

Entry of Default on June 6, 2016 (ECF No. 14), and filed a motion for default

judgment on July 15, 2016. (ECF No. 18.) The Court held a motion hearing on

1

August 16, 2016.  MacNeill failed to appear at the hearing or otherwise respond to

the motion for default judgment.

The Court concludes that Plaintiff is entitled to a default judgment pursuant

to Federal Rule of Civil Procedure 55(b).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for default judgment is

**GRANTED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 16, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of
record and/or pro se parties on this date, August 16, 2016, by electronic and/or
U.S. First Class mail.

s/Keisha Jackson
Case Manager

2